**Order filed December 9, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00722-CV
_____

**LINDA HOLMAN, Appellant**

**V.**

**PLUM CREEK TOWNHOUSES, Appellee**

On Appeal from the Co Civil Ct at Law No 1
Harris County, Texas
Trial Court Cause No. 1050343

## O R D E R

The notice of appeal in this case was filed September 4, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **December 22, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM